NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1389

TRUEPOSITION INC.,

Plaintiff-Appellee,

v.

ANDREW CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the District of Delaware in case no. 05-CV-747, Judge Sue L. Robinson.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Andrew Corporation moves for a 30-day extension of time, until September 9, 2009, to file its brief. TruePosition Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Paul B. Milcetic, Esq.
    Constantine L. Trela, Jr., Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2009

JAN HORBALY
CLERK